PROB 12B
(7/93)

Report Date:  July 27, 2006

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 3 1 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Steven Duane Burgess          Case Number:  2:98CR02123-001

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea

Date of Original Sentence:  6/14/1999          Type of Supervision:  Supervised Release
Date of Revocation Sentence: 4/13/2005

Original Offense: Crime on Indian Reservation -          Date Supervision Commenced: 7/24/2006
Assault Resulting in Serious Bodily Injury and/or Aid
and Abet, 18 U.S.C. §§ 1153; 113 (a)(6); and 2

Original Sentence:  Prison - 46 Months; TSR - 36          Date Supervision Expires: 2/23/2008
Months
Revocation Sentence: Prison - 18 months; TSR - 18
months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

20.    You shall abstain from the use of illegal controlled substances, and shall submit to
       urinalysis testing, as directed by the supervising probation officer, but no more than six tests
       per month, in order to confirm continued abstinence from these substances.

21.    You shall abstain from alcohol and shall submit to testing (including urinalysis and
       Breathalyzer), as directed by the supervising probation officer, but no more than six tests
       per month, in order to confirm continued abstinence from this substance.

### CAUSE

Recent 9th Circuit case law requires the Court to specify a specific number of urine tests to be set.
Enclosed is a waiver signed by the defendant agreeing to the above modifications of his conditions
of supervised release.

Prob 12B
**Re:  Burgess, Steven Duane**
**July 27, 2006**
**Page 2**

Respectfully submitted,

by _____

Jose Vargas
U.S. Probation Officer
Date:  July 27, 2006

## THE COURT ORDERS

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Other

_____
Signature of Judicial Officer

7/31/06

Date

PROB 49
(3/89)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# United States District Court

JUL 3 1 2006

### Eastern District of Washington

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my supervision:

To modify the conditions of supervision as follows:

20.  You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

21.  You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

Witness: _____
Jose Vargas
U.S. Probation Officer

Signed: _____  7-27-06
Steven Duane Burgess
Probationer or Supervised Releasee

_____July 27, 2006_____
Date